COLEMAN ET AL., APPELLEES, *v.* CLEVELAND HEIGHTS/UNIVERSITY HEIGHTS SCHOOL BOARD, APPELLANT.

[Cite as *Coleman v. Cleveland Hts./Univ. Hts. School Bd.* (2001), 91 Ohio St.3d 203.]

(No. 00–632—Submitted February 28, 2001—Decided March 28, 2001.)

---

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Mondello & Levey, Scott Levey* and *Frank Giaimo,* for appellees.

*Shawn R. Pearson,* for appellant.